**Wesley Edward SMITH, III,**
**Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA; Virginia General Registrar Office; Governor Bob McDonald; Tim Kaine; Kenneth T. Cuccinelli, II; Catherine Crooks–Hill; Robert A. Dybing; J. Kirk Courcey Showalter, Defendants–Appellees.**

No. 11–1446.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 25, 2011.

Wesley Edward Smith, III, Appellant pro se. Stephen Michael Hall, Sydney Edmund Rab, Assistant Attorneys General, Richmond, Virginia; Robert R. Musick, Thompson McMullan, PC, Richmond, Virginia; Alexander Francuzenko, Cook, Kitts & Francuzenko, PLLC, Fairfax, Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, appeals the district court's orders dismissing his civil action, imposing a monetary sanction against him, and enjoining him from filing further actions in that court. Smith's informal appellate brief does not address the monetary sanction, the filing injunction, or the district court's bases for dismissing the complaint. Accordingly, we deem these issues abandoned. *See* 4th Cir. R. 34(b); *Wahi v. Charleston Area Med. Ctr., Inc.,* 562 F.3d 599, 607 (4th Cir.2009). We therefore affirm the district court's orders. *Smith v. Virginia,* No. 3:10–cv–881, 2011 WL 1348334 (E.D.Va. Apr. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*